IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Theodore R. Banks, | Case No. 3:13 CV 2454 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| American Heritage Life Insurance Company, | |
| Defendant. | |

This Court held a Status Phone Conference on November 8, 2013.

Counsel present: Francis Landry for Plaintiff; Derek Diaz for Defendant.

Defendant will file a response to the Complaint next week.

Counsel shall promptly exchange Rule 26(a) disclosures. This includes Plaintiff providing all income information from 2010 to date, identifying both the source and amount of income either by federal tax returns / W-2s along with a sworn statement that the information is complete. Defendant shall provide Plaintiff with any surveillance video. Both sides shall exchange any and all medical records relevant to this dispute.

Further Status Phone Conference scheduled for **Monday, December 9, 2013 at 12:30 p.m. (11:30 a.m. CST)**. This Court will initiate the call. At that time, counsel should have completed their exchange of information and also exchanged a demand and offer. At the December phone conference, counsel should be prepared to discuss further scheduling for this case.

IT IS SO ORDERED.

   s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 8, 2013