**Motion Granted.
Counsel shall become familiar
with the ACTL Code of Conduct.**

*/s/ Jack Zouhary*
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THEODORE R. BANKS, | § |
| Plaintiff, | § § § |
| v. | § § |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY aka and/or dba ALLSTATE WORKPLACE DIVISION, | § § § § § § |
| Defendant. | § § |

Civil Action No. 3:13-cv-02454-JZ

## DEFENDANT'S MOTION FOR PRO HAC VICE ADMISSION OF ANDREW G. JUBINSKY

Defendant, American Heritage Life Insurance Company, by and through its Ohio counsel, Hahn, Loeser & Parks, LLP, hereby moves this Court for permission to allow Andrew G. Jubinsky of the law firm of Figari & Davenport, LLP of Dallas, Texas to appear and participate in the above-captioned case for purposes of representing Defendant.

Mr. Jubinsky is a member in good standing of the State Bar of Texas, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. Mr. Jubinsky was admitted to the State Bar of Texas in 1986. His Certificate of Good Standing for the United States District Court for the Northern District of Texas is attached hereto as "Exhibit "A." Mr. Jubinsky has never been disbarred, suspended from practice, or reprimanded by any court, department, bureau, or commission of any State or

the United States.

Moreover, Mr. Jubinsky will be working with Defendant's Ohio counsel, Hahn, Loeser & Parks, throughout the pendency of this matter. Defendant further requests that Mr. Jubinsky be added to the Court's electronic filing system, and, to that end, provides Mr. Jubinsky's information as follows:

Andrew G. Jubinsky (Texas Bar No. 11043000)
FIGARI & DAVENPORT, LLP
901 Main St., Suite 3400
Dallas, Texas 75202
214-939-2000
214-939-2090 (fax)
andy.jubinsky@figdav.com

Mr. Jubinsky's $120.00 admission fee is being submitted to this Court contemporaneously with the filing of this Motion.

Dated: November 19, 2013          Respectfully submitted,

                                  By: /s/ Derek E. Diaz
                                      Derek E. Diaz (0069755)
                                      ddiaz@hahnlaw.com
                                      **HAHN, LOESER & PARKS, LLP**
                                      200 Public Square, Suite 2800
                                      Cleveland, OH 44114
                                      Telephone: (216) 621-0150
                                      Facsimile: (216) 241-2824

                                      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on November 19, 2013.

**Via ECF:**
Francis J. Landry
WASSERMAN, BRYAN, LANDRY & HONOLD, LLP
300 Inns of Court Building
405 N. Huron Street
Toledo, OH 43604

                                            /s/ Derek E. Diaz
                                            Derek E. Diaz

U.S. District Court
Northern District of Texas

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**ANDREW G. JUBINSKY**

Bar Number:                        Date of Admission:

**11043000**                            **9/22/1986**

Witness my official signature and the seal of this court.

Dated: November 18, 2013           Karen Mitchell, Clerk of Court

By: Elodia Brito
Deputy Clerk





EXHIBIT A